UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 22-81933-Civ-MIDDLEBROOKS/Matthewman

HOWARD COHAN,

    Plaintiff,

vs.

FUJI YAMA, INC.,
a Florida Profit Corporation
d/b/a SAIKO-I SUSHI LOUNGE & HIBACHI

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN, and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, FUJI YAMA, INC., a Florida Profit Corporation d/b/a SAIKO-I SUSHI LOUNGE & HIBACHI.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Counsel, Jason M. Lazar, Esq., via email at: jlazar@investmentslimited.com.

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
SAMANTHA L. SIMPSON, ESQ.
Florida Bar No.: 1010423
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** alexa@sconzolawoffice.com
**Sconzo Law Office, P.A.**
3825 PGA Boulevard, Suite 207

Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459